IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No.: 4:19-CR-00027-CDL-MSH-1 |
| TYRONE D. JOHNSON | |

## ORDER ON MOTION FOR CONTINUANCE

Defendant **Tyrone Johnson** has moved the Court to continue the pre-trial hearing of his case, presently scheduled for August 5, 2019 for a period of two weeks. The Government does not oppose this motion. Defendant was arraigned on June 26, 2019, and is currently in custody. Additional time is needed for the discovery review of over 750 telephone calls, potential investigation and discussions between defense counsel and the government regarding a possible disposition of this case. The Court finds that it is in the interests of justice to allow the parties to complete discovery their review, potential investigation and to further explore a possible disposition of this case and that these interests outweigh the interest of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 21] is **GRANTED**, and it is hereby ordered that this case shall be continued. The pre-trial hearing shall be held on **August 20, 2019 at 2:00PM**. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

It is SO ORDERED, this **26th** day of **July, 2019**.

s/Clay D. Land
**HONORABLE CLAY D. LAND**
**CHIEF UNITED STATES DISTRICT JUDGE**